

12433-PAM-DE-038827716

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 3, 2024</u>, at <u>1:48</u> o'clock <u>AM EDT</u>, <u>Jose Luis Sanchez</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 3, 2024</u>          By:     <u>/s/Candace Jones</u>

Name:  <u>Candace Jones</u>

Title:   <u>Counselor</u>