| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:24-bk-01834-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Sep 10 11:36:01 EDT 2024 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | APEX ASSET MANAGEMENT, LLC<br>PO BOX 5407<br>LANCASTER, PA 17606-5407 |
| CAPITAL ONE<br>PO BOX 71087<br>CHARLOTTE, NC 28272-1087 | CITI CARDS<br>PO BOX 70166<br>PHILADELPHIA, PA 19176-0166 | (p)CREDIT CONTROL LLC<br>ATTN CORRESPONDENCE<br>3300 RIDER TRAIL S<br>SUITE 500<br>EARTH CITY MO 63045-1338 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | DISCOVER<br>PO BOX 70176<br>PHILADELPHIA, PA 19176-0176 | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| IRS<br>CENTRALIZED INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | LOWE'S/SYNCHRONY BANK<br>PO BOX 669807<br>DALLAS, TX 75266-0759 | MACY'S<br>PO BOX 71359<br>PHILADELPHIA, PA 19176-1359 |
| PENNYMAC LOAN SERVICES<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | POCONO FARMS COUNTRY<br>CLUB ASSOC INC<br>182 LAKE ROAD<br>TOBYHANNA, PA 18466-8033 | PPL ELECTRIC UTILITIES<br>PO BOX 419054<br>SAINT LOUIS, MO 63141-9054 |
| RAYMOUR & FLANIGAN<br>PO BOX 100114<br>COLUMBIA, SC 29202-3114 | REVCO SOLUTIONS, INC.<br>9339 PRIORITY WAY WEST DR #120<br>INDIANAPOLIS, IN 46240-6430 | TOYOTA FINANCIAL SERVICES<br>PO BOX 5855<br>CAROL STREAM, IL 60197-5855 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | UPSTART NETWORK<br>PO BOX 61203<br>PALO ALTO, CA 94306-6203 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Jose Luis Sanchez<br>7221 Wigwam Way<br>Tobyhanna, PA 18466-7927 | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CREDIT CONTROL LLC<br>8001 WOODLAND CENTER BLVD.<br>SUITE #200<br>TAMPA, FL 33614-2434 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PENNYMAC LOAN SERVICES, LLC          End of Label Matrix
                                        Mailable recipients    23
                                        Bypassed recipients     1
                                        Total                  24
```