United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01834-MJC |
| Jose Luis Sanchez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　　　User: AutoDocke　　　　　　　Page 1 of 2
Date Rcvd: Oct 01, 2024　　　　　Form ID: ntcnfhrg　　　　　　Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Luis Sanchez, 7221 Wigwam Way, Tobyhanna, PA 18466-7927 |
| 5632773 | + | POCONO FARMS COUNTRY, CLUB ASSOC INC, 182 LAKE ROAD, TOBYHANNA, PA 18466-8033 |
| 5632774 | | PPL ELECTRIC UTILITIES, PO BOX 419054, SAINT LOUIS, MO 63141-9054 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Oct 01 2024 18:46:00 | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 5632764 | ^ | MEBN | Oct 01 2024 18:47:36 | APEX ASSET MANAGEMENT, LLC, PO BOX 5407, LANCASTER, PA 17606-5407 |
| 5632765 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 18:51:56 | CAPITAL ONE, PO BOX 71087, CHARLOTTE, NC 28272-1087 |
| 5632766 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 19:03:58 | CITI CARDS, PO BOX 70166, PHILADELPHIA, PA 19176-0166 |
| 5632767 | | Email/Text: correspondence@credit-control.com | Oct 01 2024 18:46:00 | CREDIT CONTROL LLC, 8001 WOODLAND CENTER BLVD., SUITE #200, TAMPA, FL 33614-2434 |
| 5648506 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 18:53:03 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5632768 | | Email/Text: mrdiscen@discover.com | Oct 01 2024 18:46:00 | DISCOVER, PO BOX 70176, PHILADELPHIA, PA 19176-0176 |
| 5643450 | | Email/Text: mrdiscen@discover.com | Oct 01 2024 18:46:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5632769 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2024 18:46:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5632770 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 19:03:48 | LOWE'S/SYNCHRONY BANK, PO BOX 669807, DALLAS, TX 75266-0759 |
| 5632771 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 19:14:31 | MACY'S, PO BOX 71359, PHILADELPHIA, PA 19176-1359 |
| 5632772 | | Email/PDF: ebnotices@pnmac.com | Oct 01 2024 19:03:47 | PENNYMAC LOAN SERVICES, PO BOX 660929, DALLAS, TX 75266-0929 |
| 5651961 | + | Email/PDF: ebnotices@pnmac.com | Oct 01 2024 19:03:58 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5632775 | | Email/Text: bankruptcy@td.com | Oct 01 2024 18:46:00 | RAYMOUR & FLANIGAN, PO BOX 100114, COLUMBIA, SC 29202-3114 |
| 5644320 | + | Email/Text: shari.stephenson@revcosolutions.com | | |

|  |  |  |  |
| --- | --- | --- | --- |
|  |  | Oct 01 2024 18:46:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 5632776 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 01 2024 18:46:00 | TOYOTA FINANCIAL SERVICES, PO BOX 5855, CAROL STREAM, IL 60197-5855 |
| 5645890 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 01 2024 18:46:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5632777 | + Email/Text: LCI@upstart.com | Oct 01 2024 18:46:00 | UPSTART NETWORK, PO BOX 61203, PALO ALTO, CA 94306-6203 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Jose Luis Sanchez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Jose Luis Sanchez, | Chapter    13 |
| aka Jose L. Sanchez, aka Jose Sanchez, | |
| | |
| **Debtor 1** | Case No.    5:24−bk−01834−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 7, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 14, 2024<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 1, 2024 |

ntcnfhrg (08/21)